No. 77–5067. DIGGS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 77–5068. KING *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 77–5071. CLIFTON *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 77–5072. KENNEDY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 77–5073. McCANT *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 77–5075. WILLIAMS *v.* WYRICK, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 77–5076. CATANO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 77–5077. WILLIAMS *v.* MARTIN, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 77–5078. FLETCHER *v.* HOWARD, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 77–5079. CORNISH *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 77–5080. BUTLER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 77–5082. YATES *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 77–5085. VASQUEZ-GUERRERO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 77–5086. ROMAN *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.